IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:20-CR-0283-N |
| PHILIP RUSSELL ARCHIBALD (01)<br>DANIELLE BROOKE BOCANEGRA (02)<br>BRODI RAY BOCANEGRA (03) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
[21 U.S.C. § 846 (21 U.S.C. § 841)]

Between on or about January 1, 2018, and on or about June 8, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Philip Russell Archibald**, **Danielle Brooke Bocanegra** and **Brodi Ray Bocanegra**, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a Schedule III controlled substance, to-wit: anabolic steroids, as defined in 21 U.S.C. § 802(41), and in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(E)(i).

Superseding Indictment– Page 1

<u>Count Two</u>
Possession with Intent to Distribute Controlled Substance
[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

On or about May 31, 2019, in the Dallas Division of the Northern District of Texas, the defendants, **Philip Russell Archibald**, **Danielle Brooke Bocanegra** and **Brodi Ray Bocanegra**, did knowingly and intentionally possess with intent distribute a Schedule III controlled substance, to-wit: anabolic steroids, as defined in 21 U.S.C. § 802(41).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(E)(i), and 18 U.S.C. § 2.

Count Three
Use of the Mail in Causing or Facilitating a Controlled Substance Offense
[21 U.S.C. § 843(b) and 18 U.S.C. § 2]

Between on or about May 31, 2019, and on or about June 3, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Philip Russell Archibald**, **Danielle Brooke Bocanegra** and **Brodi Ray Bocanegra**, did knowingly and intentionally use a communication facility, the United States Mail, in committing, causing and facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), that is, the offense set forth in Count Two of this Superseding Indictment incorporated by reference herein.

All in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2.

<u>Count Four</u>
Possession of a Firearm by a Prohibited Person
[18 U.S.C. § 922(g)(3)]

Between on or about May 30, 2020, and on or about June 8, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Philip Russell Archibald**, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to-wit: the Sun City Machinery Co. Model Stevens 320 12-gauge shotgun, bearing serial number 133766K; and the Smith & Wesson M&P Shield EZ 380 caliber handgun, bearing serial number RDN0810.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

Forfeiture Notice
[21 U.S.C. § 853(a); 18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Four of this Superseding Indictment are hereby realleged and incorporated by reference for purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for any of the offenses alleged in Counts One through Three of this Superseding Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Philip Russell Archibald, Danielle Brooke Bocanegra** and **Brodi Ray Bocanegra**, shall forfeit to the United States of America any and all property, real or personal, constituting or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

Upon conviction for any of the offenses alleged in Counts One through Four of this Superseding Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Philip Russell Archibald**, shall forfeit to the United States of America any firearm and ammunition used or involved in the respective offense.

The property subject to forfeiture includes the following:

a. Sun City Machinery Co. Model Stevens 320 12-gauge shotgun, bearing serial number 133766K;

b. Smith & Wesson M&P Shield EZ 380 caliber handgun, bearing serial number RDN0810;

    c.    Matrix Aerospace Corporation Model MA-15 rifle, bearing serial number 556-05795;

    d.    Nodak Spud NDS-3 rifle, bearing serial number M003245;

    e.    Assorted shotgun shells;

    f.    5.56 ammunition;

    g.    380 caliber ammunition;

    h.    7.62x39 ammunition; and

    i.    Any firearm magazines.

If any of the property described above, as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                                              A TRUE BILL:

                                              _____
                                              FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8605
Email: Tiffany.Eggres@usdoj.gov

**Superseding Indictment– Page 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PHILIP RUSSELL ARCHIBALD (01)
DANIELLE BROOKE BOCANEGRA (02)
BRODI RAY BOCANEGRA (03)

SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C. § 841)
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2
Possession with Intent to Distribute Controlled Substance
(Count 2)

21 U.S.C. § 843(b) and 18 U.S.C. § 2
Use of the Mail in Causing or Facilitating a Controlled Substance Offense
(Count 3)

18 U.S.C. § 922(g)(3)
Possession of a Firearm by a Prohibited Person
(Count 4)

21 U.S.C. § 853(a); 18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)
Forfeiture Notice

4 Counts

**[NOTHING FURTHER ON THIS PAGE.]**

A true bill rendered

DALLAS                                                                                                   FOREPERSON

Filed in open court this 19 day of August, 2020.

**Warrant Needed for Brodi Ray Bocanegra (03)**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:20-MJ-562-BN
Criminal Court Number: 3:20-CR-0283-N