IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO.: 3:20-CR-00283-N |
| § | |
| DANIELLE BROOKE BOCANEGRA (2) § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**DANIELLE BROOKE BOCANEGRA**, by consent, under authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered pleas of guilty to Counts 1, 2 and 3 of the Second Superseding Indictment. After cautioning and examining DANIELLE BROOKE BOCANEGRA under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each such offense. I therefore recommend that the pleas of guilty be accepted, and that DANIELLE BROOKE BOCANEGRA be adjudged guilty of 21 U.S.C. § 846 (21 U.S.C. § 841), Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Possession with Intent to Distribute Controlled Substance; and 21 U.S.C. § 843(b) and 18 U.S.C. § 2, Use of the Mail in Causing or Facilitating a Controlled Substance Offense, and have sentence imposed accordingly. After being found guilty of these offenses by the district judge,

☐ The defendant is currently in custody and should be ordered to remain in custody.

☐ The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(1) unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

   ☐ The Government does not oppose release.
   ☐ The defendant has been compliant with the current conditions of release.
   ☐ I find by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

   ☐ The Government opposes release.
   ☐ The defendant has not been compliant with the conditions of release.
   ☐ If the Court accepts this recommendation, this matter should be set for hearing upon motion of the Government.

☒ The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(2) unless (1)(a) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted, or (b) the Government has recommended that no sentence of imprisonment be imposed, or (c) exceptional circumstances are clearly shown under § 3145(c) why the defendant should not be detained, and (2) the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

Date:   April 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).